# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3597

_____

Gary Eugene Graham,            *
                                      *

              Appellant,      *

                                        *   Appeal from the United States

     v.                         *   District Court for the District

                                      *   of Nebraska.

Mark Webber, Attorney; Maria Moran,  *

Prosecutor; Thomas M. Shanahan,     *       [UNPUBLISHED]

Judge,                             *

                                      *

           Appellees.     *

_____

Submitted:  April 7, 2004

Filed:  April 13, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Gary Eugene Graham appeals from the district court's[*] preservice dismissal without prejudice of Graham's civil complaint. Upon careful review of the record, we conclude the district court properly dismissed the complaint.

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

We thus affirm the district court, <u>see</u> 8th Cir. R. 47A(a), and we also deny Graham's motions to appoint counsel and to submit exhibits.

_____